**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2154**

---

JEFFERY E. PAGE,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap. James P. Jones, District Judge. (CA-98-182-2)

---

Submitted: February 8, 2000          Decided: February 24, 2000

---

Before MURNAGHAN, WILKINS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joseph E. Wolfe, Erick A. Bowman, WOLFE & FARMER, Norton, Virginia, for Appellant. James A. Winn, Chief Counsel, Patricia M. Smith, Deputy Chief Counsel, David F. Chermol, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Robert P. Crouch, Jr., United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffery E. Page appeals the district court's order granting the Commissioner's motion for summary judgment in his action for disability insurance benefits and supplemental security income and affirming the Commissioner's determination that Page is not disabled. See Page v. Apfel, No. CA-98-182-2 (W.D. Va. June 23, 1999). We have reviewed the record and the district court's opinion and find no reversible error. We conclude the Commissioner's decision is supported by substantial evidence. See Richardson v. Perales, 402 U.S. 389, 401 (1971). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2